JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ALFANCO DEXTER BRITTON,

                Petitioner,

        v.

WARDEN MILUSINIC,

                Respondent.

Case No. 2:19-01431 AB (ADS)

**JUDGMENT**

      Pursuant to the Court's Order Dismissing Petition IT IS HEREBY ADJUDGED that the above-captioned case is dismissed without prejudice.

Dated: December 20, 2019

_____

THE HONORABLE ANDRÉ BIROTTE JR.
United States District Judge